# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JODY GOFFMAN CUTLER,

    Plaintiff(s),

v.

ESTATE OF JACK SOLOMON, et al.,

    Defendant(s).

2:12-CV-902 JCM (VCF)

# ORDER

Presently before the court is defendants', Art Loss Register, Inc., and Christopher A. Marinello (collectively the "ALR defendants"), motion to unseal this court's prior order. (Doc. # 41). Plaintiff has elected not to file a response.

In a previous order, this court granted the ALR defendants' motion to dismiss all of the claims against them due to res judicata and collateral estoppel. (Doc. # 29). The court's order was sealed. (*See id.*). Defendants now move the court to unseal its order.

Plaintiff has not responded. Local rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Additionally, "courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 n.7 (1978)). The court finds that no party will be prejudiced in any way from unsealing the order.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to unseal this court's prior order (doc. # 41) be, and the same hereby, is GRANTED.

IT IS FURTHER ORDERED that the clerk of the court shall unseal this court's prior order (doc. # 41).

DATED May 6, 2013.

_____
UNITED STATES DISTRICT JUDGE