1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

JODY GOFFMAN CUTLER,                              2:12-CV-902 JCM (VCF)

9                     Plaintiff(s),

10   v.

11   ESTATE OF JACK SOLOMON, et al.,

12                     Defendant(s).

13

14                                  **ORDER**

15          Presently before the court is defendants', Art Loss Register, Inc., and Christopher A.

16   Marinello (collectively the "ALR defendants"), motion to unseal this court's prior order.  (Doc. #

17   41).  Plaintiff has elected not to file a response.

18          In a previous order, this court granted the ALR defendants' motion to dismiss all of the

19   claims against them due to res judicata and collateral estoppel.  (Doc. # 29).  The court's order was

20   sealed.  (*See id.*).  Defendants now move the court to unseal its order.

21          Plaintiff has not responded.  Local rule 7-2(d) states that "[t]he failure of an opposing party

22   to file points and authorities in response to any motion shall constitute a consent to the granting of

23   the motion."  Additionally, "courts have recognized a 'general right to inspect and copy public

24   records and documents, including judicial records and documents.'"  *Kamakana v. City and Cnty.*

25   *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S.

26   589, 597 n.7 (1978)).  The court finds that no party will be prejudiced in any way from unsealing the

27   order.

28

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to unseal this court's prior order (doc. # 41) be, and the same hereby, is GRANTED.

IT IS FURTHER ORDERED that the clerk of the court shall unseal this court's prior order (doc. # 41).

DATED May 6, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -